UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

LIFETIME WELL LLC,                          :

                Plaintiff,        :

            -v-               :          25 Civ. 7436 (JPC)

MOUZN, LLC and DOES 1-10,     :           ORDER

            Defendants.     :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff initiated this action by filing a Complaint against Mouzn, LLC ("Mouzn") on September 8, 2025. Dkt. 1. After Plaintiff filed an Amended Complaint on December 17, 2025, Dkt. 23, which, among other things, added Does 1-10 as Defendants, the Court granted Plaintiff's motion to serve Defendants Mouzn via email on January 26, 2026, Dkt. 24. Then, on January 29, 2026, Plaintiff served Mouzn via email in accordance with the Court's January 26 Order. Dkt. 25. Mouzn's deadline to respond to the Complaint was therefore February 18, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed and the docket does not reflect a response to the Complaint from Mouzn.

By March 5, 2026, Plaintiff must seek a Certificate of Default against Mouzn. After the Clerk of Court issues a Certificate of Default, Plaintiff may move for default judgment against Mouzn, in accordance with Local Civil Rule 55.2, no later than March 12, 2026. By that same date, Plaintiff must serve its motion for default judgment and a copy of this Order on Mouzn, in the same manner by which it served Mouzn with copies of the Summons and Complaint. Mouzn may file any opposition to the motion for default judgment no later than March 19, 2026. Plaintiff shall file any reply no later than March 26, 2026.

SO ORDERED.

Dated: February 20, 2026
        New York, New York

JOHN P. CRONAN
United States District Judge